# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JOHN HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-cv-62 |
| | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

NOW COMES Plaintiff, JOHN HUGHES ("Plaintiff"), by and through his attorneys, and for his Complaint against Defendant, CAPITAL ONE BANK (USA), N.A. ("Defendant"), alleges as follows:

## NATURE OF THE ACTION

1. This action is brought by Plaintiff pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant before this Court pursuant to 28 U.S.C. § 1391(b)(2) as the acts and transactions giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transactions business in this district.

## PARTIES

4. Plaintiff is a natural person residing in Des Moines, Iowa.

5. Defendant is a business entity with its headquarters located in McLean, Virginia.

6.  Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## FACTUAL ALLEGATIONS

7.  Defendant places telephone calls to telephone number (515) 556-10xx.

8.  Telephone number (515) 556-10xx is assigned to Plaintiff's cellular telephone.

9.  These telephone calls are not for emergency purposes.

10. These telephone calls are related to a credit card.

11. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant placed these calls using equipment / a system that is an automatic telephone dialing system as defined by the TCPA.

12. On September 15, 2017, Plaintiff instructed Defendant to stop calling his cell phone for all of his accounts.

13. Defendant confirmed that Plaintiff did not want any future phone calls to his cell phone.

14. Defendant continued to call Plaintiff's cell phone.

15. Since September 15, 2017, Defendant used an auto dialer to call Plaintiff's cell phone at 128 times.

16. Defendant placed calls to Plaintiff's cell phone around the same time on consecutive days.

17. Defendant used and automatic telephone dialing system to place these calls.

18. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

19. Defendant knew that it did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

20. Defendant placed these calls voluntarily.

21. Defendant placed these calls under its own free will.

22. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.

23. Defendant willfully used an automatic telephone dialing system to place these calls.

24. Plaintiff is annoyed and feel harassed by Defendant's calls.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT

25. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

26. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

a) Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

b) Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

    c)    All court costs, witness fees and other fees incurred; and

    d)    Awarding other and further relief as the Court may be just and proper.

Dated: June 6, 2018                                 Respectfully submitted,

                                                /s/ JD Haas
                                                **JD HAAS, AT0003014**
                                                JD Haas and Associates, PLLC
                                                9801 Dupont Avenue South, Suite 430
                                                Bloomington, MN 55431
                                                Telephone: 952.345.1025
                                                Facsimile: 952.854.1665
                                                jdhaas@attorneysforconsumers.com
                                                Counsel for Plaintiff