# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JOHN HUGHES, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-cv-00191-RP-CFB |
| CAPITAL ONE BANK (USA), N.A., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, JOHN HUGHES ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  November 15, 2018        RESPECTFULLY SUBMITTED,

/s/ Adam T. Hill
Adam T. Hill (pro hac vice)
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-861-1390
ahill@consumerlawcenter.com

**JD HAAS, AT0003014**
JD Haas and Associates, PLLC
9801 Dupont Avenue South, Suite 430
Bloomington, MN 55431
Telephone: 952.345.1025
Facsimile: 952.854.1665
jdhaas@attorneysforconsumers.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By:     /s/ Adam T. Hill
        Adam T. Hill
        Attorney for Plaintiff