# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JOHN HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-00191-RP-CFB |
| | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JOHN HUGHES ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA), N.A., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: February 1, 2019          Respectfully Submitted,

By: /s/ JD Haas
JD HAAS, AT0003014
JD Haas and Associates, PLLC
10564 France Avenue South
Bloomington, MN 55431
Telephone: 952.345.1025
Facsimile: 952.854.1665
jdhaas@attorneysforconsumers.com

ATTORNEY FOR PLAINTIFF

Dated: February 1, 2019	Respectfully Submitted,

    By:/s/ Elizabeth Jane Carter
    Elizabeth Jane Carter
    Faegre Baker Daniels, LLP
    801 Grand Ave, 33rd Floor
    Des Moines, IA 50309
    Tel: (515) 447-4705
    Fax: (515) 248-9010
    Elizabeth.Carter@FaegreBD.com

    Lance W. Lange
    Faegre Baker Daniels, LLP
    801 Grand Ave, 33rd Floor
    Des Moines, IA 50309
    Tel: (515) 248-9000
    Fax: (515) 248-9010
    Lance.Lange@FaegreBD.com

    ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff